# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ROBERT WENDELL SMITH, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:21-cv-53 |
| v. | * | |
| ASHLEY WILSON; and JESUS TOVAR, | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 15, to which Plaintiff filed no Objections.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** all Plaintiff's claims against Defendants Wooten, Cole, and Smith, and Plaintiff's official capacity claims against Defendants Wilson and Tovar. Plaintiff's Fourth Amendment excessive force claims against Defendants Wilson and Tovar in their individual capacities and deprivation of property claim against Defendant Wilson in her individual capacity remain pending.

AO 72A
(Rev. 8/82)


**SO ORDERED**, this ___29___ day of ___November___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA