# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ROBERT WENDELL SMITH, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:21-cv-53 |
| v. | * | |
| ASHLEY WILSON; and JESUS TOVAR, | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 60. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DENIES** Plaintiff's Motion for Summary Judgment, **GRANTS** Defendants' Motion for Summary Judgment, and **DISMISSES** Plaintiff's Complaint. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Plaintiff

AO 72A
(Rev. 8/82)

*in forma pauperis* status on appeal.

**SO ORDERED**, this ___2___ day of ___March___, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA